IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD ROSS,<br><br>    Plaintiff.<br><br>v.<br><br>SEARS ROEBUCK & COMPANY,<br>a/k/a SEARS ROEBUCK & CO.,<br><br>    Defendant. | :<br>:<br>:<br>:<br>:<br>:   CA No. 06-272 (SLR)<br>:<br>:<br>:<br>:<br>: |

## **MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

William M. Kelleher, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of Jennifer L. Sova of the law firm of Ballard Spahr Andrews & Ingersoll, LLP, Plaza 1000 – Suite 500, Main Street, Voorhees, New Jersey 08043 to represent Sears Roebuck & Co.

Dated: May 10, 2006

BALLARD SPAHR ANDREWS
& INGERSOLL, LLP

_____
William M. Kelleher, Esquire (No. 3961)
919 Market Street, 12th Floor
Wilmington, DE 19801
Phone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail: kelleherw@ballardspahr.com

Counsel for the Defendant

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to District Court Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New Jersey, the District of Columbia Circuit Court of Appeals, and the Third Circuit Court of Appeals, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid the Clerk of Court for District Court.

By: _____
Jennifer L. Sova, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
Plaza 1000 – Suite 500
Main Street
Voorhees, NJ 08043-4636
Phone: (856) 761-3400
Facsimile: (856) 873-9041
E-mail: sovaj@ballardspahr.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**BY THE COURT:**

Dated: _____        _____
                                    United States District Court Judge

-2-