IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD ROSS, : <br> : <br> Plaintiff. : <br> : <br> v. : <br> : <br> SEAR ROEBUCK & COMPANY, : <br> a/k/a SEARS ROEBUCK & CO., : <br> : <br> Defendant. : | CA No. 06-272 (SLR) |

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

It is hereby stipulated by plaintiff, Ronald Ross, and defendant, Sears Roebuck & Company, that defendant shall have an extension of time until June 5, 2006 in which to answer, move or otherwise plead to the complaint.

| | |
|---|---|
| /s/ *Gary W. Aber* <br> Gary W. Aber (DE # 754) <br> ABER GOLDLUST BAKER & OVER <br> 702 King Street, Suite 600 <br> P.O. Box 1675 <br> Wilmington, DE  19899-1675 <br><br> Attorney for Plaintiff Ronald Ross <br><br> Dated: 5/18/06 | /s/ *William M. Kelleher* <br> William M. Kelleher (DE # 3961) <br> BALLARD SPAHR ANDREWS & <br>   INGERSOLL, LLP <br> 919 North Market Suite, 12th Floor <br> Wilmington, DE  19801-3034 <br><br> Attorney for Defendant Sears Roebuck & Company <br><br> Dated: 5/18/06 |

SO ORDERED:

_____
U.S.D.J.