## **CERTIFICATE OF SERVICE**

I, Katie A. D'Emilio, do hereby certify that I have caused two copies of the foregoing Substitution of Appearance to be served on counsel via first-class mail, postage prepaid, at the following address:

>Gary W. Aber, Esquire
>Attorney for Plaintiff
>702 King Street, Suite 600
>P.O. Box 1675
>Wilmington, DE 19899

Dated: December 12, 2007         /s/ Katie A. D'Emilio
                                 Katie A. D'Emilio (I.D. No. 4824)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD ROSS,<br><br>          Plaintiff.<br><br>v.<br><br>SEARS ROEBUCK & COMPANY,<br>a/k/a SEARS ROEBUCK & CO.,<br><br>          Defendant. | :<br>:<br>:<br>:<br>:<br>: CA No. 06-272 (SLR)<br>:<br>:<br>:<br>:<br>: |

## SUBSTITUTION OF APPEARANCE

Pursuant to Rule 83.7, kindly withdraw the appearance of William M. Kelleher of Ballard Spahr Andrews & Ingersoll, LLP for Defendant Sears Roebuck & Company. Please substitute Katie A. D'Emilio of the Wilmington, Delaware office of the law firm of Ballard, Spahr, Andrews & Ingersoll, LLP. Ms. D'Emilio is authorized to accept service on behalf of Defendant in this matter.

| | |
|---|---|
| /s/ William M. Kelleher<br>William M. Kelleher (No. 3961)<br>Ballard Spahr Andrews & Ingersoll, LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 252-4460 | /s/ Katie A. D'Emilio<br>Katie A. D'Emilio (No. 4824)<br>Ballard Spahr Andrews & Ingersoll, LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 252-4450 |

Dated:  December 12, 2007