LAW OFFICES
## BALLARD SPAHR ANDREWS & INGERSOLL, LLP

919 NORTH MARKET STREET, 12TH FLOOR
WILMINGTON, DELAWARE 19801-3034
(302) 252-4465
FAX: (302) 252-4466
WWW.BALLARDSPAHR.COM

PHILADELPHIA, PA
BALTIMORE, MD
BETHESDA, MD
DENVER, CO
LAS VEGAS, NV
LOS ANGELES, CA
PHOENIX, AZ
SALT LAKE CITY, UT
VOORHEES, NJ
WASHINGTON, DC

KATIE A. D'EMILIO
DIRECT DIAL: 302-252-4450
PERSONAL FAX: 302-355-0831
DEMILIOK@BALLARDSPAHR.COM

March 17, 2008

Honorable Sue L. Robinson
United States District Court for the District of
Delaware
J. Caleb Boggs Federal Bldg.
844 N. King Street
Room 6124
Lockbox 31
Wilmington, DE 19801

    Re: Ronald Ross v. Sears, Roebuck and Co.
      <u>Civil Action No.: 06-272 (SLR)</u>

Dear Judge Robinson:

  This office is counsel to Defendant Sears, Roebuck and Co. ("Sears") in the above-referenced matter. On February 27, 2008, Sears filed a motion to compel Plaintiff Ronald Ross's compliance with his discovery obligations. To date, Plaintiff has not filed any opposition to the motion or contacted counsel for Sears to discuss his client's discovery obligations. As such, Sears respectfully requests that the Court grant its motion as unopposed.

  By copy of this letter to Gary W. Aber, Esquire, counsel for Plaintiff, I am serving him with same.

            Very truly yours,

            *Katie A. D'Emilio*

            Katie A. D'Emilio (No. 4824)

KAD/
cc: Gary W. Aber, Esquire
   Jennifer L. Sova, Esquire
   Steven W. Suflas, Esquire

DMEAST #10001727 v1