IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD ROSS,<br><br>    Plaintiff.<br><br>v.<br><br>SEARS ROEBUCK & COMPANY,<br>a/k/a SEARS ROEBUCK & CO.,<br><br>    Defendant. | CA No. 06-272 (SLR) |

## ORDER

**THIS MATTER** having been opened to the Court by Ballard Spahr Andrews & Ingersoll, LLP, attorneys for Defendant Sears Roebuck & Company ("Sears") in the above-captioned matter; and the Court having considered the motion papers, the papers filed in opposition thereto, and the argument of counsel, if any, and for good cause shown, it is hereby

**ORDERED** on this __1st__ day of __April__, 2008, that by no later than the __11th__ day of __April__, 2008, Plaintiff Ronald Ross shall serve Sears with his Initial Disclosures, responses to Sears's First Set of Interrogatories and First Set of Requests for Production, and a written demand of damages pursuant to Local Civil Rule 9.4(b).

**IT IS FURTHER ORDERED** that Sears's instant Motion shall not be counted as one of its two Rule 37 motions permitted by the Court's December 18, 2007 Scheduling Order.

_____
Hon. Sue L. Robinson, U.S.D.J.