IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD ROSS, ) | |
| ) | |
|     Plaintiff, ) | C.A. No.: 06-272 (SLR) |
| ) | |
| v. ) | |
| ) | Trial By Jury Demanded |
| SEARS ROEBUCK & COMPANY, ) | |
| a/k/a SEARS ROEBUCK & CO. ) | |
|     Defendant. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE, that Plaintiff's Answers to Defendant's First Set of Interrogatories Directed to Plaintiff, and Plaintiff's Responses to Defendant's First Request for Production of Documents Directed to Plaintiff were hand delivered and placed in U.S. Mail to the following counsel on April 14, 2008:

    Katie D. Emilio Esquire
    Ballard, Spahr, Andrews & Ingersoll, LLP
    919 Market Street, 12th Floor
    Wilmington, DE  19801

    Jennifer L. Sova, Esquire
    Plaza 1000-Suite 500
    Main Street
    Vorhees, NJ  08043

                                    ABER, GOLDLUST, BAKER & OVER

                                          /s/ Gary W. Aber
                                    GARY W. ABER (DSB #754)
                                    702 King Street, Suite 600
                                    P.O. Box 1675
                                    Wilmington, DE  19899
                                    (302) 472-4900
                                    Attorney for Plaintiffs

DATED: April 14, 2008

DMEAST #9936766 v1

## **CERTIFICATION OF SERVICE**

The undersigned hereby certifies that the attached pleading was filed via electronic filing on April 14, 2008.

       /s/ Melissa A. Chionchio
      Melissa A. Chionchio
      Secretary to Gary W. Aber, Esquire