IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD ROSS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SEARS ROEBUCK & COMPANY, )<br>a/k/a SEARS ROEBUCK & CO. )<br>Defendant. ) | C.A. No.: 06-272 (SLR)<br><br>Trial By Jury Demanded |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE, that Plaintiff's First Set of Interrogatories Directed to Defendant and Plaintiff's First Request for Production of Documents Directed to Defendant were sent via hand deliver and U.S. Mail to the following counsel on April 14, 2008:

    Katie D. Emilio Esquire
    Ballard, Spahr, Andrews & Ingersoll, LLP
    919 Market Street, 12th Floor
    Wilmington, DE  19801

    Jennifer L. Sova, Esquire
    Plaza 1000-Suite 500
    Main Street
    Vorhees, NJ  08043

                                            ABER, GOLDLUST, BAKER & OVER

                                               /s/ Gary W. Aber
                                            GARY W. ABER (DSB #754)
                                            702 King Street, Suite 600
                                            P.O. Box 1675
                                            Wilmington, DE  19899
                                            (302) 472-4900
                                            Attorney for Plaintiffs

DATED:  April 14, 2008

DMEAST #9936766 v1

## **CERTIFICATION OF SERVICE**

The undersigned hereby certifies that the attached pleading was filed via electronic filing on April 14, 2008.

                                          /s/ Melissa A. Chionchio
                                          Melissa A. Chionchio
                                          Secretary to Gary W. Aber, Esquire