IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD ROSS, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 06-272 (SLR) |
| | ) | |
| v. | ) | |
| | ) | Trial By Jury Demanded |
| SEARS ROEBUCK & COMPANY, | ) | |
| a/k/a SEARS ROEBUCK & CO. | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE, that Plaintiff's Rule 26(a) Initial Disclosures was sent via hand deliver and U.S. Mail to the following counsel on April 14, 2008:

    Katie D. Emilio Esquire
    Ballard, Spahr, Andrews & Ingersoll, LLP
    919 Market Street, 12th Floor
    Wilmington, DE  19801

    Jennifer L. Sova, Esquire
    Ballard, Spahr, Andrews & Ingersoll, LLP
    Plaza 1000-Suite 500
    Main Street
    Vorhees, NJ  08043

                                                                ABER, GOLDLUST, BAKER & OVER

                                                                  /s/ Gary W. Aber
                                                        GARY W. ABER (DSB #754)
                                                        702 King Street, Suite 600
                                                        P.O. Box 1675
                                                        Wilmington, DE  19899
                                                        (302) 472-4900
                                                        Attorney for Plaintiffs

DATED:  April 14, 2008

DMEAST #9936766 v1

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that the attached pleading was filed via electronic filing on April 14, 2008.

        /s/ Melissa A. Chionchio
        Melissa A. Chionchio
        Secretary to Gary W. Aber, Esquire