## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD ROSS, | : |
| Plaintiff. | : : : |
| v. | : : CA No. 06-272 (SLR) |
| SEARS ROEBUCK & COMPANY, a/k/a SEARS ROEBUCK & CO., | : : : |
| Defendant. | : : |

### DEFENDANT'S THIRD DEPOSITION NOTICE TO PLAINTIFF

PLEASE TAKE NOTICE that Defendant Sears, Roebuck and Co., by its undersigned attorneys, hereby demands that Plaintiff Ronald Ross be produced for oral deposition under oath at the offices of Aber, Goldlust, Baker & Over, 702 King Street, Suite 600, Wilmington, DE 19899 on **June 10, 2008** beginning at **10:00 am**.

The deposition will be taken for the purposes of discovery and all other purposes provided by law.

Dated: May 14, 2008
      Wilmington, Delaware

          /s/ Katie A. D'Emilio
          Katie A. D'Emilio, Esquire (No. 4824)
          BALLARD SPAHR ANDREWS
            & INGERSOLL, LLP
          919 Market Street, 12th Floor
          Wilmington, DE 19801
          Phone: (302) 252-4450
          Facsimile: (302) 355-0831
          E-mail: demiliok@ballardspahr.com

          -and-

Steven W. Suflas, Esquire
Jennifer L. Sova, Esquire
Plaza 1000 - Suite 500, Main Street
Voorhees, New Jersey 08043
Phone: (856) 761-3400
Facsimile: (856) 873-9041
E-mail: suflas@ballardspahr.com
      sovaj@ballardspahr.com

Counsel for the Defendant

## CERTIFICATE OF SERVICE

I, Katie A. D'Emilio, do hereby certify that on the 14th day of May 2008, I caused a true and correct copy of Defendant Sears, Roebuck and Co.'s Third Deposition Notice to Plaintiff to be served by via first class regular mail, postage prepaid, upon the following individual:

>Gary W. Aber, Esquire
>702 King Street, Suite 600
>P.O. Box 1675
>Wilmington, DE 19899-1675
>
>Attorney for Plaintiff

>/s/ Katie A. D'Emilio
>Katie A. D'Emilio, Esquire (No. 4824)
>BALLARD SPAHR ANDREWS & INGERSOLL, LLP