# PROOF OF SERVICE

On the <u>28th</u> day of <u>April,</u> 2008, I <u>Kevin S. Dunn</u> served <u>State of Delaware, Department of Labor Division of Vocational Rehabilitation</u> the foregoing Subpoena by: (describe method of service, address, telephone number, witness fee if applicable)

Served Joann Kosten, Representative on behalf of State of Delaware, Department of Labor Division of Vocational Rehabilitation at 4425 North Market Street, Wilmington, Delaware 19809
Work: (302) 761-8275

Witness Fee: $0.00

## DESCRIPTION

AGE:            RACE:            WGT:            HGT:

I verify that the statements(s) in this proof of service are true and correct. I understand that false statements herein made are subject to penalties.

April 29, 2008
Date

/s/ Kevin S. Dunn
Kevin S. Dunn-Process Server

Luke T Famoly
and being sworn, deposes says he/she has knowledge of service from Process Server on the above named date

# PROOF OF SERVICE

On the 28th day of April, 2008, I Kevin S. Dunn served Kohl's the foregoing Subpoena by: (describe method of service, address, telephone number, witness fee if applicable)

Served Ericka Baker, Representative on behalf of Kohl's at 401 Rocky Run Parkway, Wilmington, Delaware 19803

Work: (302) 477-9780

Witness Fee: $0.00

## DESCRIPTION

AGE:          RACE:               WGT:               HGT:

I verify that the statements(s) in this proof of service are true and correct. I understand that false statements herein made are subject to penalties.

April 29, 2008  
Date

/s/ Kevin S. Dunn  
Kevin S. Dunn-Process Server

Luke T Farnoly  
and being sworn, deposes says he/she has knowledge of service from Process Server on the above named date

# PROOF OF SERVICE

On the <u>28th</u> day of <u>April, 2008</u>, I <u>Barry Eveland</u> served <u>Opportunity Center, Inc.</u> the foregoing Subpoena by: (describe method of service, address, telephone number, witness fee if applicable)

Served Angie Hangluster, Representative on behalf of Opportunity Center, Inc. at 100 W 10th Street, Suite 1, Wilmington, Delaware 19801

Work: (302) 654-7893

Witness Fee: <u>$0.00</u>

## DESCRIPTION

AGE:            RACE:            WGT:            HGT:

I verify that the statements(s) in this proof of service are true and correct. I understand that false statements herein made are subject to penalties.

April 29, 2008
Date

/s/ *Barry Eveland*
Barry Eveland-Process Server

Luke T Farnoly
and being sworn, deposes says he/she has
knowledge of service from Process Server
on the above named date