# PROOF OF SERVICE

On the 20th day of May, 2008, I Barry Eveland served Fredrick W. Kurz, PhD the foregoing Subpoena by: (describe method of service, address, telephone number, witness fee if applicable)

Personally served Fredrick W. Kurz, PhD at 12:00pm at 1601 Delaware Avenue, Trolley Square-32B, Wilmington DE, 19806

Work: (302) 661-2328

Witness Fee: $0.00

## DESCRIPTION

AGE:                RACE:                WGT:                HGT:

I verify that the statements(s) in this proof of service are true and correct. I understand that false statements herein made are subject to penalties.

May 22, 2008                                /s/ Barry Eveland
Date                                        Barry Eveland-Process Server

Luke T Farnoly
and being sworn, deposes says he/she has
knowledge of service from Process Server
on the above named date

AO88 (Rev. 12/06) Subpoena in a Civil Case

Issued by the

# UNITED STATES DISTRICT COURT

IN THE DISTRICT OF DELAWARE

RONALD ROSS,

    Plaintiff,

v.

SEARS ROEBUCK & COMPANY,
a/k/a SEARS ROEBUCK & CO.,

    Defendant.

**SUBPOENA IN A CIVIL CASE**

Case No. 06-272 (SLR)

TO:    Fredrick W. Kurz, PhD
1601 Delaware Avenue
Trolley Square-32B
Wilmington, DE 19806

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): **Entire medical chart and office file as stated on the signed Authorization for Health Information Disclosure attached.**

| PLACE | DATE AND TIME |
|---|---|
| Ballard Spahr Andrews & Ingersoll, LLP, Plaza 1000, Suite 500, Main Street, Voorhees, NJ 08043 | June 3, 2008 at 10:00 am |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) Attorney for Defendant, Sears Roebuck & Company. | DATE May 19, 2008 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Katie A. D'Emilio, Esq., Ballard Spahr Andrews & Ingersoll, LLP
919 North Market Street, 12th Fl., Wilmington, DE 19801-3034  Tel. 302-252-4465

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

DMEAST #10049273 v1