IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD ROSS,<br><br>    Plaintiff.<br><br>v.<br><br>SEARS ROEBUCK & COMPANY,<br>a/k/a SEARS ROEBUCK & CO.,<br><br>    Defendant. | :<br>:<br>:<br>:<br>:<br>:  CA No. 06-272 (SLR)<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF SERVICE OF (I) DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES, (II) DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION, AND (III) <u>DEFENDANT'S PRIVILEGE LOG</u>**

PLEASE TAKE NOTICE that on May 30th, 2008 Defendant Sears Roebuck & Company ("Sears"), by and through their undersigned counsel, caused to be served (i) Defendant's Responses to Plaintiff's First Set of Interrogatories; (ii) Defendant's Responses to Plaintiff's First Set of Requests for Production; and (iii) Defendant's Privilege Log, as well as a copy of this Notice, upon counsel for the Plaintiff as follows:

<u>**VIA FIRST CLASS MAIL**</u>
Gary W. Aber, Esquire
Attorney for Plaintiff
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19899

2

Dated: May 30, 2008
Wilmington, Delaware

/s/ Katie A. D'Emilio
Katie A. D'Emilio, Esquire (No. 4824)
BALLARD SPAHR ANDREWS &
INGERSOLL, LLP
919 Market Street, 12th Floor
Wilmington, DE 19801-3034
Phone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail: demiliok@ballardspahr.com

Attorneys for Defendant