IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD ROSS,<br><br>        Plaintiff,<br><br>v.<br><br>SEARS ROEBUCK & COMPANY,<br>a/k/a SEARS ROEBUCK & CO.,<br><br>        Defendants. | :<br>:<br>:<br>:  Civil Action No. 06-272(SLR)<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF ORAL DEPOSITION TO STATE OF DELAWARE DEPARTMENT OF LABOR, DIVISION OF VOCATIONAL REHABILITATION**

PLEASE TAKE NOTICE that Defendant Sears, Roebuck and Co., by its undersigned attorneys, hereby demands that Cheryl Kyivskyy be produced for oral deposition under oath at the office of Ballard Spahr Andrews & Ingersoll, LLP, 919 Market Street, 12th Floor, Wilmington, Delaware, on Wednesday, **July 23, 2008** beginning at **2:00 p.m.**

The deposition will be taken for the purposes of discovery and all other purposes provided by law in regard to vocational services provided to Plaintiff.

Dated: June 13, 2008

                                  /s/ Katie A. D'Emilio
                                  Katie A. D'Emilio, Esquire (No. 4824)
                                  BALLARD SPAHR ANDREWS
                                      & INGERSOLL, LLP
                                  919 Market Street, 12th Floor
                                  Wilmington, DE 19801
                                  Phone: (302) 252-4450
                                  Facsimile: (302) 355-0831
                                  E-mail: demiliok@ballardspahr.com

                                       -and-

Steven W. Suflas, Esquire
Jennifer L. Sova, Esquire
Plaza 1000 - Suite 500, Main Street
Voorhees, New Jersey 08043
Phone: (856) 761-3400
Facsimile: (856) 873-9041
E-mail: suflas@ballardspahr.com
         sovaj@ballardspahr.com

Counsel for the Defendant

## CERTIFICATE OF SERVICE

I, Katie A. D'Emilio, do hereby certify that on the 13th day of June 2008, I caused a true and correct copy of Defendant Sears, Roebuck and Co. 's Deposition Notice to the State of Delaware, Department of Labor, Division of Vocational Rehabilitation to be served by via first class regular mail, postage prepaid, upon the following individual:

>Gary W. Aber, Esquire
>702 King Street, Suite 600
>P.O. Box 1675
>Wilmington, DE 19899-1675
>
>Attorney for Plaintiff

>/s/ Katie A. D'Emilio
>Katie A. D'Emilio, Esquire (No. 4824)