IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD ROSS, | : | |
| Plaintiff. | : | |
| v. | : | CA No. 06-272 (SLR) |
| SEAR ROEBUCK & COMPANY, a/k/a SEARS ROEBUCK & CO., | : | |
| Defendant. | : | |

### STIPULATION AND ORDER FOR EXTENSION OF TIME

It is hereby stipulated by plaintiff, Ronald Ross, and defendant, Sears Roebuck & Company, subject to the approval of the Court, that the case scheduling order [D.I. 10] be modified as follows:

    1.    Expert discovery will be completed by October 31, 2008;

    2.    Fact discovery will be completed by November 28, 2008;

    3.    The deadline to file case dispositive motions is 5:00 p.m. Eastern Standard Time on January 15, 2009.

The parties request the extension of these discovery deadlines due to unforeseen delays in the discovery process.

Pursuant to Local Rule 16.4, both parties certify that they have sent a copy of this request to their respective clients.

2

/s/ Gary W. Aber
Gary W. Aber (DE # 754)
ABER GOLDLUST BAKER & OVER
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE  19899-1675

Attorney for Plaintiff Ronald Ross

Dated: 7/8/08

SO ORDERED:

_____
                    U.S.D.J.

/s/ Katie A. D'Emilio
Katie A. D'Emilio (DE # 4824)
BALLARD SPAHR ANDREWS &
   INGERSOLL, LLP
919 North Market Suite, 12th Floor
Wilmington, DE  19801-3034

Attorney for Defendant Sears Roebuck & Company

Dated: 7/8/08