IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD ROSS, :<br>            :<br>    Plaintiff. :<br>            :<br>    v.       :<br>            :<br> SEARS ROEBUCK & COMPANY, :<br> a/k/a SEARS ROEBUCK & CO., :<br>            :<br>    Defendant. :<br>            : | CA No. 06-272 (SLR) |

## SUBSTITUTION OF APPEARANCE

Pursuant to Rule 83.7, kindly withdraw the appearance of Katie A. D'Emilio of Ballard Spahr Andrews & Ingersoll, LLP for Defendant Sears Roebuck & Company. Please substitute Leslie C. Heilman of the Wilmington, Delaware office of the law firm of Ballard, Spahr, Andrews & Ingersoll, LLP. Ms. Heilman is authorized to accept service on behalf of Defendant in this matter.

/s/ Leslie C. Heilman
Leslie C. Heilman (No. 4716)
Ballard Spahr Andrews & Ingersoll, LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 252-4465

/s/ Katie A. D'Emilio
Katie A. D'Emilio (No. 4824)
Ballard Spahr Andrews & Ingersoll, LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 252-4450

Dated: August 6, 2008

## CERTIFICATE OF SERVICE

I, Leslie C. Heilman, do hereby certify that I have caused copies of the foregoing Substitution of Appearance to be served on counsel via first-class mail at the following address:

> Gary W. Aber, Esquire
> Aber Goldlust Baker & Over
> 702 King Street, Suite 600
> P.O. Box 1675
> Wilmington, DE 19899

Dated: August 6, 2008               /s/ Leslie C. Heilman
                                    Leslie C. Heilman (I.D. No. 4716)